AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10 CV 8669 (RWS)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __the City of New York__
was received by me on *(date)* __11/17/2010__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Dimitriy Aronov__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __City of New York__
__100 Church Street, 4th Floor, NY, NY  10007__ on *(date)* __11/19/2010__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __11/19/2010__

*Server's signature*

__Stuart E. Jacobs__
*Printed name and title*

22 Cortlandt Street, 16th Floor
NY, NY  10007

*Server's address*

Additional information regarding attempted service, etc: